**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-2169**

—————————

MITHUN BANERJEE,

Debtor - Appellant,

and

MALANCHA BANERJEE,

Debtor,

v.

PNC BANK, NATIONAL ASSOCIATION,

Creditor - Appellee,

TIMOTHY P. BRANIGAN,

Trustee.

—————————

**No. 23-2171**

—————————

MITHUN BANERJEE,

Debtor - Appellant,

and

MALANCHA BANERJEE,

Debtor,

v.

PNC BANK, NATIONAL ASSOCIATION,

Creditor - Appellee,

TIMOTHY P. BRANIGAN,

Trustee.

No. 23-2175

MITHUN BANERJEE,

Debtor - Appellant,

and

MALANCHA BANERJEE,

Debtor,

v.

PNC BANK, NATIONAL ASSOCIATION,

Creditor - Appellee,

TIMOTHY P. BRANIGAN,

Trustee.

No. 23-2178

MITHUN BANERJEE,

Debtor - Appellant,

and

2

MALANCHA BANERJEE,

                    Debtor,

          v.

TIMOTHY P. BRANIGAN,

                    Trustee - Appellee.

_____

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge.  (8:23-cv-01697-PJM; 8:23-cv-01730-PJM; 8:23-cv-01794-PJM; 8:23-cv-01932-PJM)

_____

Submitted:  July 30, 2024                          Decided:  August 28, 2024

_____

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mithun Banerjee, Appellant Pro Se.  Matthew G. Summers, BALLARD SPAHR, LLP, Wilmington, North Carolina, for Appellee PNC Bank, National Association.

_____

Unpublished opinions are not binding precedent in this circuit.

3

PER CURIAM:

In these consolidated cases,[1] Mithun Banerjee seeks to appeal the district court's orders denying him leave to proceed in forma pauperis and dismissing his appeals from four orders entered by the bankruptcy court in the Chapter 13 case he filed jointly with his wife.[2]  Banerjee sought leave from this court to proceed in forma pauperis on appeal.  We denied leave, and Banerjee filed motions for reconsideration, for an extension of time, and for appointment of counsel.  He also filed motions for leave to file an amended motion for reconsideration, an amended informal opening brief, and a supplemental informal reply brief.  We grant Banerjee's motions for leave to file the additional pleadings and have considered the arguments presented.  Although we grant Banerjee's motions and amended motions for reconsideration and grant him leave to proceed in forma pauperis in these appeals, we deny his remaining motions and dismiss the appeals.

After Banerjee noted his appeals from the district court's orders, the bankruptcy court dismissed the Banerjees' Chapter 13 case.  Due to the dismissal of the underlying bankruptcy case, this court "is without the power to afford effective relief."  *See Central States, Se. & Sw. Areas Pension Fund v. Central Transp., Inc.*, 841 F.2d 92, 96 (4th Cir. 1988).  Accordingly, we dismiss the appeals as moot.  We deny Banerjee's motions for appointment of counsel, and we deny as moot Banerjee's motions to expedite

---

[1] We deny the motions to deconsolidate Appeal No. 21-2178 and to identify the judge or judges who deferred ruling on Banerjee's applications for leave to proceed in forma pauperis.

[2] Banerjee's spouse is not a party to these appeals.

4

and for an extension of time to file a motion for reconsideration and to file his reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*